# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KATJA KRISTINA BAILS,<br><br>　　　　Defendant. | No. 14-CR-4086-DEO<br><br>**ORDER ACCEPTING REPORT<br>AND RECOMMENDATION<br>CONCERNING GUILTY PLEA** |

## I. INTRODUCTION AND BACKGROUND

Before the Court is Magistrate Judge Leonard T. Strand's Report and Recommendation Concerning Guilty Plea (Docket No. 49).

On November 18, 2014, a two count Indictment (Docket No. 2) was filed in the above-referenced case. On July 17, 2015, Defendant Katja Kristina Bails entered a guilty plea to Count 1 of the Indictment before United States Magistrate Judge Leonard T. Strand.[1]

Count 1 of the Indictment charges:

**Conspiracy to Distribute a Controlled Substance.** From about 2012, and continuing through November 2014, in the

---

[1] The Rule 11 letter, filed under seal at Docket No. 45, states that Count 2 will be dismissed at the time of sentencing pursuant to the plea agreement.

Northern District of Iowa and elsewhere, defendant Katja Kristina Bails did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine which contained 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

The Report and Recommendation (Docket No. 49), states that there is a plea agreement[2] and recommends that defendant Katja Kristina Bails' guilty plea be accepted. Waivers of objections to Judge Strand's Report and Recommendation were filed by each party (Docket Nos. 50 and 51). The Court, therefore, undertakes the necessary review to accept defendant Katja Kristina Bails' plea in this case.

## II. ANALYSIS

### A. Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

---

[2] The plea agreement is on file under seal at Docket No. 52.

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

As mentioned, waivers of objections to the Report and Recommendation have been filed, and it appears to the Court upon review of Magistrate Judge Strand's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that this Court accepts Magistrate Judge Strand's Report and Recommendation (Docket No. 49), and accepts defendant Katja Kristina Bails' plea of guilty in this case to Count 1 of the Indictment (Docket No. 2).

**IT IS SO ORDERED** this 11th day of August, 2015.

*(signed) Donald E. O'Brien*
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa